IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORGE JAVIER NIEVES DE JESUS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL ACTION
NO. 23-680

# ORDER

**AND NOW**, this 24th day of May 2024, upon consideration of Plaintiff's Complaint (Doc. No. 1), Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 13), Defendant's Response in Opposition to Plaintiff's Request for Review (Doc. No. 18), the Report and Recommendation ("R&R") of United States Magistrate Judge Scott W. Reid (Doc. No. 21), Plaintiff's Objections to the R&R (Doc. No. 22), Defendant's Response to Plaintiff's Objections (Doc. No. 23), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 22) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**.

3. Judgment is entered in favor of Defendant against Plaintiff.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.